# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK D. HENNINGS, | 2:10-cv-01965-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| BANK OF AMERICA HOME LOANS SERVICING, LP, et al., | |
| Defendants. | |

On November 16, 2010, Defendants Bank of America Home Loans Servicing LP, Countrywide Home Servicing, LP, and Reconstruct Company N.A. filed a Motion to Dismiss Plaintiff's Complaint (Doc. #4).

To date, Plaintiff has failed to file a response in opposition to Defendants' motion to dismiss, and the time for doing so has expired. As a result, in accord with the Local Rules of Practice of this Court, Plaintiff consents to the granting of Defendants' motion to dismiss. Moreover, a review of Defendants' motion to dismiss shows that Defendants are entitled to the relief requested on the merits of their motion.

**IT IS THEREFORE ORDERED** that Defendants unopposed Motion to Dismiss (Doc. #4) is hereby granted and this action is hereby DISMISSED with prejudice.

DATED: December 6, 2010

_____
PHILIP M. PRO
United States District Judge