ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Servicing, LP*
*improperly named as Bank of America*
*Home Loans, and ReconTrust Company,*
*N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK D. HENNINGS, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA HOME LOANS, RECONTRUST COMPANY, N.A., <br><br> Defendants. | Case No.: 2:10-cv-01965-PMP-RLL <br><br><br> **ORDER CANCELING LIS PENDENS** |

This Court issued an Order Granting Motion to Dismiss, and dismissing this case with prejudice on December 6, 2010 [Dkt. 10], and entered Judgment in favor of Defendants BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing LP, improperly named as Bank of America Home Loans ("BAC") and ReconTrust Company, N.A. ("ReconTrust", collectively "Defendants") [Dkt. 11].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Mark D. Hennings ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens Affecting Real Property ("Lis Pendens") on or about October 13, 2010, as Instrument No. 201010130001034 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto at

{LV014998;1}                                                                1

1  **Exhibit A** and fully incorporated by reference.

2  UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good
3  cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as
4  follows:

5  1.  IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby
6  cancelled, released, and expunged.

7  2.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling
8  the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

9  3.  IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a
10 properly certified copy of this cancellation order in the real property records of Clark County,
11 Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

/s/ Philip M. Pro

UNITED STATES DISTRICT JUDGE

Dated: December 10, 2010.

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants
BAC Home Loans Servicing, LP f/k/a
Countrywide Home Servicing, LP
improperly named as Bank of
America Home Loans, and
ReconTrust Company, N.A.*